# IN THE DISTRICT COURT

## DISTRICT OF DELAWARE

Jermaine Carter,  )
    Plaintiff,  )
                    )
v.                        )    Civil Action No. 1:17-CV-00786-LPS
                    )
Perry Phelps, et al,  )
    Defendant.  )

### MOTION FOR Supplemental pleadings

Please put this motion together with my last motion for leave to amend.

An that this motion is for the original filing of the pro se prisoner civil rights complaint on page #5 for the statement of the claim.

Date(s) of occurence: 7-10-17, and 7-17-17.

Facts: I wasn't supposed to be sent back to the hole again to serve isolation confinement from another disciplinary report being falsified, and the disciplinary # was 1113007, with the violation for 1.34 Refusal to lock in an throughout the process I plead not guilty and appealed the decision of the disciplinary.

Permission for this motion to please be granted.

Dated: 7-18-17

                                              J. Carter

                                      James T. Vaughn Correctional
Page 1 of 3                      Center 1181 Paddock Road
                                      Smyrna, DE 19977

IN THE DISTRICT COURT

DISTRICT OF DELAWARE

Jermaine Carter,          )
        Plaintiff,     )
                        )
        v.              )   Civil Action No. 1:17-cv-00786-LPS
                        )
Perry Phelps, et al,      )
        Defendant.      )

## ORDER

IT IS HEREBY ORDERED, THIS _____ DAY OF _____, 20____, THAT THE ATTACHED MOTION _____ HAS BEEN READ AND CONSIDERED. IT IS ORDERED THAT THE MOTION IS HEREBY _____.

_____
District Court Judge

# Certificate of Service

I, Jermaine Carter hereby certify that I have served a true and correct cop(ies) of the attached motion for supplemental pleadings, with copy of account statement for IFP. Upon the following parties/persons:

To: Perry Phelps the Commissioner for the Delaware Department of Corrections 245 McKee Road Dover, Delaware 19904

To: Marc Richman the Bureau Chief for the Medical Department of Corrections 245 McKee Road Dover, Delaware 19904

To: Steve Wesley the Bureau Chief for the Delaware Department of Corrections 245 McKee Road Dover, Delaware 19904

To: _____

**BY PLACING SAME IN A SEALED ENVELOPE**, and depositing same in the United States Mail at the James T. Vaughn Correctional Center, Smyrna, DE 19977.

On this 18th day of July, 2017

_J. Carter_